leave to proceed further *in forma pauperis* denied. *Mr. A. J. Richardson, pro se.* No appearance for respondent.

No. 543. HAMILTON GAS CO. *v.* HARPER ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit; and

No. 569. HAMILTON GAS CO. *v.* WATTERS ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit. December 9, 1935. Petitions for writs of certiorari denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications. *Mr. Nathan A. Smyth* for petitioner. *Messrs. Philip P. Steptoe, Thomas Raeburn White,* and *Charles C. Norris, Jr.,* for respondents.

No. 528. NOXON CHEMICAL PRODUCTS CO., INC., *v.* COMMISSIONER OF INTERNAL REVENUE. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George H. Rosenstein* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for respondent.

No. 541. RAINIER NATIONAL PARK CO. *v.* HENNEFORD ET AL. December 9, 1935. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. Edgar N. Eisenhower* for petitioner. *Mr. E. P. Donnelly* for respondents.

No. 548. SOUTHERN PACIFIC CO. *v.* WALTON, ADMINISTRATRIX. December 9, 1935. Petition for writ of cer-